UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FRANKLIN TACCHIO,                )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CV620-088
                                 )
MEDICAL DEPARTMENT,              )
                                 )
        Defendants.              )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 10, to which no objections have been filed. Accordingly, the R&R is ADOPTED, and the Clerk of Court is DIRECTED to close this case. All pending motions are DISMISSED AS MOOT.

ORDER ENTERED at Augusta, Georgia, this 23rd day of August, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA